JAMES COCHRANE, Respondent, *v.* CACILIE BAUER et al.,
                    Appellants.

(Submitted April 17, 1891; decided May 1, 1891.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an order
made June 28, 1889, which affirmed a judgment in favor of
plaintiff entered upon a decision of the court on trial at Special
Term.

*Donohue, Newcombe & Cardozo* for appellants.

*James R. Marvin* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

_____

THE PEOPLE ex rel. JOEL B. MORRISON, Respondent, *v.* THE
    BOARD OF SUPERVISORS OF THE COUNTY OF HAMILTON,
    Appellant.

(Argued April 21, 1891; decided May 1, 1891.)

APPEAL from order of the General Term of the Supreme
Court in the third judicial department, made May 26, 1890,
which reversed an order of Special Term denying a motion
for a mandamus, and which directed a peremptory mandamus
to issue.

*John M. Carroll* for appellant.

*Clarence W. Smith* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.